UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWIN SANTANA ARCIAGA,

        Petitioner,

v.

NATHALIE R. ASHER, et al.,

        Respondents.

CASE NO. C14-1659-JLR

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondents' motion to dismiss (Dkt. 11) is GRANTED;

3. Petitioner's habeas petition (Dkt. 1) and motion for preliminary injunction (Dkt. 2) are DENIED, and this action is DISMISSED with prejudice; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 23 day of January, 2015.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE - 1